IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| Kristi Hartmann, | ) | Civil Action No.: 6:17-01720-MGL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| United of Omaha Life Insurance Company, | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to December 26, 2017. The parties have advised the Court that they would like to explore settlement at or before mediation before preparing a joint stipulation. Accordingly, the parties have asked for the deadline to file the joint stipulation and the parties' respective memoranda to be moved to January 23, 2018. For good cause shown, the Court believes that an extension of time within which to mediate and to file a joint stipulation pursuant to the court's specialized case management order is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to December 26, 2017, and extends the deadline to file a joint stipulation and the parties' respective memoranda in the matter *sub judice* to January 23, 2018.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' Motion for Extension of Time, ECF No. 12, is **GRANTED**. The deadline by which the parties are ordered to mediate is extended to December 26, 2017, and the deadline to file a joint stipulation and the parties' respective memoranda pursuant to the court's specialized case management order in the matter *sub judice* is hereby extended until January 23, 2018. In all

other regards, the parties shall comply with the specialized case management order. **IT IS SO ORDERED.**

Signed this 25th day of October, 2017, in Columbia, South Carolina.

                                                  s/Mary Geiger Lewis
                                                  MARY GEIGER LEWIS
                                                  UNITED STATES DISTRICT JUDGE